Miguel BEATO, Petitioner–Appellant,

v.

UNITED STATES of America,
Respondent–Appellee.

No. 11–14812
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 19, 2012.

Ricardo Corona, The Corona Law Firm, Miami, FL, for Petitioner–Appellant.

Scott M. Edenfield, U.S. Attorney's Office, Miami, FL, Wifredo A. Ferrer, Marlene Rodriguez, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Respondent–Appellee.

Before MARCUS, MARTIN and EDMONDSON, Circuit Judges.

PER CURIAM:

Miguel Beato appeals the denial of his motion to vacate under 28 U.S.C. § 2255. The sole question before us is whether, under the principles of *Teague v. Lane*, 489 U.S. 288, 109 S.Ct. 1060, 103 L.Ed.2d 334 (1989), the Supreme Court's decision in *Padilla v. Kentucky*, —— U.S. ——, 130 S.Ct. 1473, 176 L.Ed.2d 284 (2010), is retroactively applicable on collateral review, such that Beato's motion to vacate is timely under 28 U.S.C. § 2255(f)(3). According to Beato, the Supreme Court in *Padilla* established a new and "watershed" rule of criminal procedure. *Teague*, 489 U.S. at 311, 109 S.Ct. at 1076. Our recent decision in *Figuereo–Sanchez v. United States*, 678 F.3d 1203 (11th Cir.2012), forecloses this argument. *See id.* at 1206–09, 2012 WL 1499871, at *3–6. We therefore affirm the judgment of the district court.

AFFIRMED.